**FILED**
March 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. SA-22-CR-00463-OLG |
| § | |
| THOMAS JORGE FINCH § | |

### ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed February 2, 2024, concerning Defendant Thomas Finch's Motion to Suppress. (*See* R&R, Dkt. No. 51.) A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days. 28 U.S.C. § 636(b)(1). Finch, through counsel, was electronically served with a copy of the R&R, and he timely filed his objections on February 16, 2024 (*see* Dkt. No. 54).

When a party objects to a Magistrate Judge's R&R, the Court conducts a de novo review as to those portions of the report or recommendations to which an objection is made. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the R&R de novo and agrees with the Magistrate Judge's findings and recommendation. Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 51) and, for the reasons set forth therein, Defendant Thomas Finch's Motion to Suppress (Dkt. No. 35) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this \_\_25\_\_ day of March, 2024.

_/s/ Orlando L. Garcia_
ORLANDO L. GARCIA
United States District Judge